TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

ALEXANDER STEVEN BACK

**FILED UNDER SEAL**

Case No. 25-mj-791 DLM

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 13, 2025, in the State and District of Minnesota, defendant,

attempted to use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, prostitution, which was a criminal offense under Minnesota law;

all in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a special agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Jamie Nestor
FBI Special Agent
_____
*Printed name and title*

Date:    November 18, 2025

_____
*Judge's Signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
_____
*Printed Name and Title*